UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------x
ANGELO LOMBARDO,

                Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

                Defendant.
---------------------------------x

CIVIL ACTION NO. 02-CV-2960

**AFFIDAVIT OF ROBERT H. BERNSTEIN**

STATE OF NEW JERSEY  :
                         : ss
COUNTY OF ESSEX  :

        Robert H. Bernstein, being duly sworn, upon his oath, deposes and says:

        1.     I am a member of the law firm of Epstein Becker & Green, P.C., located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102.

        2.     I am a member in good standing of the Bar of the State of New Jersey. I am also a member in good standing of the Bars of the United States Court of Appeals for the Third Circuit and the United States District Court for the District of New Jersey.

        3.     No disciplinary or other proceedings are pending against me and none have ever been brought in any jurisdiction.

NE:72364.1

4. I have represented Lockheed Martin Corporation (hereinafter referred to as "Lockheed") in several matters and I am intimately familiar with the subject matter of the pending action. I have been retained to represent Lockheed in this action.

5. If admitted, I will comply with all the terms and requirements for admission to practice pro hac vice as delineated in the rules of this Court.

6. I submit this Affidavit in support of the Motion for Admission pro hac vice and respectfully request that it be granted in its entirety.

_____
ROBERT H. BERNSTEIN

Sworn to and subscribed to before
me this 10 day of July, 2002.

_____
Notary Public

OFFICIAL SEAL
Peter H. Vink
Notary Public-New Jersey
Bergen County
My Comm. Expires Oct. 06, 2003

NE:72364.1