UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------x
ANGELO LOMBARDO, :
:
              Plaintiff, :
: CIVIL ACTION NO. 02-CV-2960
v. :
: **ORDER GRANTING MOTION**
LOCKHEED MARTIN CORPORATION, : **FOR ADMISSION PRO HAC VICE**
              Defendant. :
:
------------------------------------------------x

       AND NOW, this ____ day of _____, 2002, upon consideration of the Motion of defendant, Lockheed Martin Corporation, for Admission pro hac vice, it is hereby ORDERED and ADJUDGED that Robert H. Bernstein, a member of the firm of Epstein Becker & Green, P.C., Two Gateway Center, 12th Floor, Newark, New Jersey, and member in good standing of the Bar of the State of New Jersey, admitted to practice before the United States District Court for the District of New Jersey and the United States Court of Appeals for the Third Circuit, be allowed to specially appear and participate as counsel pro hac vice in the above-captioned matter.

                                   BY THE COURT:

                                   _____

NE:72365.1