UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------x
ANGELO LOMBARDO,               :
                               :
                  Plaintiff,   :
                               :    CIVIL ACTION NO. 02-CV-2960
v.                             :
                               :    **AFFIDAVIT OF SUZANNE P.**
LOCKHEED MARTIN CORPORATION,   :    **SHERMAN**
                               :
                  Defendant.   :
                               :
---------------------------------x

STATE OF NEW JERSEY    :
                       : ss
COUNTY OF ESSEX        :

Suzanne P. Sherman, being duly sworn, upon his oath, deposes and says:

1. I am an associate of the law firm of Epstein Becker & Green, P.C., located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102.

2. I am a member in good standing of the Bar of the State of New Jersey. I am also a member in good standing of the Bar the State of New York. Additionally, I am admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.

3. No disciplinary or other proceedings are pending against me and none have ever been brought in any jurisdiction.

4. I am assisting in the representation of Lockheed Martin Corporation (hereinafter referred to as "Lockheed") in several matters and I am intimately familiar with the subject matter of the pending action.

NE:75759.1

5.  If admitted, I will comply with all the terms and requirements for admission to practice pro hac vice as delineated in the rules of this Court.

6.  I submit this Affidavit in support of the Motion for Admission pro hac vice and respectfully request that it be granted in its entirety.

*Suzanne P. Sherman*
SUZANNE P. SHERMAN

Sworn to and subscribed to before me this 10th day of September 2002.

*Karen P. Reilly*
Notary Public

KAREN P. REILLY
NOTARY PUBLIC, State of New Jersey
My Commission Expires Sept. 12, 2004

NE:75759.1