UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

———————————————————x

ANGELO LOMBARDO,

      Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

      Defendant.

———————————————————x

CIVIL ACTION NO. 02-CV-2960

**ORDER GRANTING MOTION
FOR ADMISSION PRO HAC VICE**

    AND NOW, this \_\_\_\_ day of _____, 2002, upon consideration of the Motion of defendant, Lockheed Martin Corporation, for Admission pro hac vice, it is hereby ORDERED and ADJUDGED that Suzanne P. Sherman, an associate of the firm of Epstein Becker & Green, P.C., Two Gateway Center, 12th Floor, Newark, New Jersey, and member in good standing of the Bars of the States of New Jersey and New York, admitted to practice before the United States District Court for the District of New Jersey, and the United States District Courts for the Southern and Eastern Districts of New York, be allowed to specially appear and participate as counsel pro hac vice in the above-captioned matter.

             BY THE COURT:

          _____

NE:75761.1