**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANGELO LOMBARDO,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | **NO. 02-CV-2960** |
| vs. | : | |
| | : | |
| **LOCKHEED MARTIN AND SPACE,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 20, 2002, at 10:00 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,            J.