**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


ANGELO LOMBARDO               :        CIVIL ACTION

          vs.                 :        NO. 02-CV-2960

LOCKHEED MARTIN CORPORATION  :


## ORDER

AND NOW, this 7th day of October, 2002, upon motion of Defendant Lockheed Martin Corporation for admission, *pro hac vice*, it is **ORDERED** that Suzanne P. Sherman be allowed to appear specially and participate as counsel *pro hac vice* in this matter.

BY THE COURT:


_____
TIMOTHY J. SAVAGE, J.