IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO LOMBARDO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-2960** |
| | : | |
| **LOCKHEED MARTIN CORPORATION** | : | |

## ORDER

AND NOW, this 27th day of February, 2003, upon consideration of the plaintiff's Motion to Exclude Testimony and Documents, Compel Discovery and Impose Sanctions (Document No. 17) and after a telephone conference with counsel, it is **ORDERED** that the plaintiff's Motion is **GRANTED** in part and **DENIED** in part.

The defendant shall produce John Mocarski and Mike Delandro for deposition at plaintiff's counsel's office on March 18, 2003, at 9 o'clock a.m. The defendant is directed to complete its deposition of the plaintiff at the office of plaintiff's counsel on March 18, 2003.

Insofar as the motion seeks the imposition of sanctions, it is denied.

BY THE COURT:

_____

TIMOTHY J. SAVAGE, J.