IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO LOMBARDO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LOCKHEED MARTIN CORPORATION | : | NO. 02-2960 |

## ORDER

AND NOW, this 6th day of March, 2003, upon consideration of correspondence to the Court from Defendant's counsel dated March 6, 2003, it is hereby ORDERED that a **Settlement Conference** in the above-captioned action will be held on **April 3**, at **10:00 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date.  Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE