IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO LOMBARDO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOCKHEED MARTIN AND SPACE | : | NO. 02-2960 |

**ORDER**

AND NOW, this 4th day of April, 2003, after conducting a settlement conference with counsel in the above-captioned matter, and because the issues herein were not resolved, the Clerk is directed to remove this case from my docket and return it to Judge Savage's calendar.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE