IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO LOMBARDO | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 02-CV-2960 |
| | : | |
| LOCKHEED MARTIN CORPORATION | : | |

### ORDER

AND NOW, this 26th day of June, 2003, it is **ORDERED** that the parties, through counsel, shall appear on **July 2, 2003 at 10:00 a.m. in Courtroom 15B**, for oral argument on the defendant's motion for summary judgment.

The parties shall be prepared to address the following issues:

(1) Whether there is a nexus between the age-related statement made by Michael DiLandro in either January 1997 or January 1998 and plaintiff's termination in September 1999; and,

(2) Whether the plaintiff was qualified for the position in which the defendant employed a younger employee following the RIF resulting in plaintiff's termination.

**IT IS FURTHER ORDERED** that the final pretrial conference shall be held immediately following oral argument.

_____
TIMOTHY J. SAVAGE, J.