IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO LOMBARDO** | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 02-CV-2960 |
| | : | |
| **LOCKHEED MARTIN CORPORATION** | : | |

## ORDER

**AND NOW**, this 1st day of July, 2003, upon consideration of the Motion for Leave to File Reply Brief and Accompanying Certifications in Further Support of Defendant's Motion for Summary Judgment (Document No. 30), it is **ORDERED** that the motion is **GRANTED.**

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.