IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO LOMBARDO | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 02-CV-2960 |
| | : | |
| LOCKHEED MARTIN CORPORATION | : | |

## ORDER

**AND NOW**, this 2nd day of July, 2003, upon consideration of the Defendant's Motion in Limine (Document No. 26), and the plaintiff's response in opposition to the motion, it is **ORDERED** that the motion is **DENIED AS MOOT**.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.