IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO LOMBARDO** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | **NO. 02-CV-2960** |
| | : | |
| **LOCKHEED MARTIN CORPORATION** | : | |

## ORDER

**AND NOW**, this 2nd day of July, 2003, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 22), the Defendant's Statement of Undisputed Material Facts, the Plaintiff's Answer to Defendant's Statement of Facts and Plaintiff's Additional Undisputed Facts, and the plaintiff's response to the defendant's motion, it is **ORDERED** that the motion is **DENIED AS MOOT.**

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.